UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARIDA B. RAHMAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:23-363 |
| v. | : | (JUDGE MANNION) |
| TINA POLACHECK GARTLEY, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Schwab **(Doc. 14)** is **ADOPTED IN ITS ENTIRETY AS THE OPINION OF THE COURT**.

(2) The plaintiff's objections to the report and recommendation **(Doc. 16)** are **OVERRULED**.

(3) The plaintiff's amended complaint **(Doc. 8)** is **DISMISSED WITH PREJUDICE**.

(4) The plaintiff's motions for default judgment **(Doc. 11)** and for sanctions **(Doc. 15)** are **DENIED.**

**(5)** The Clerk of Court is directed to **CLOSE THIS CASE.**

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 12, 2024**
23-363-01-ORDER